Joseph VIDMOSKO, Appellant,

v.

**PENNSYLVANIA BOARD OF PROBATION & PAROLE,** Appellee.

Supreme Court of Pennsylvania.

Nov. 3, 2004.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of November, 2004, probable jurisdiction is noted and the order appealed is affirmed.